IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CR415 |
| | ) | |
| v. | ) | |
| | ) | |
| PATRICK RUSSELL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion to withdraw of David R. Stickman and the office of the Federal Public Defender (Filing No. 54). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; David R. Stickman and the office of the Federal Public Defender are deemed withdrawn as counsel for defendant.

DATED this 30th day of July, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court